UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL L. DALE,<br><br>            Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>            Defendant. | CASE NO.    C07-5380KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    Plaintiff's application to proceed *in forma pauperis* (Dkt. #1, #3-#4) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

    The clerk is directed to send copies of this Order to counsel of record and to issue the Summonses.

    DATED this 12th day of October, 2007.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1