UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL L. DALE<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:07-cv-05380-KLS<br><br><br><br>ORDER ON REMAND |

   Based on the stipulation between the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand to the administrative law judge (ALJ), the medical evidence will be further evaluated, with particular attention given to the opinions of Dr. Nelson, Dr. Koeniz, and Mr. Cupp.  The ALJ will reconsider whether Plaintiff's depression is a severe impairment.  The ALJ will also reconsider whether Plaintiff's drug and alcohol abuse are material.  The ALJ will re-evaluate Plaintiff's subjective complaints and testimony.  The ALJ will

Page 1     ORDER- [3:07-cv-05380-KLS]

also re-evaluate Plaintiff's maximum physical and mental residual functional capacity. A new hearing will be held, where Plaintiff will be given the opportunity to present new arguments and issues. The parties agree that reasonable attorney fees and expenses should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 11th day of June, 2008.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA  98104-7075
Phone: 206-615-3749
Fax:     206-615-2531
jamala.edwards@ssa.gov

Page 2       ORDER- [3:07-cv-05380-KLS]